110 F.3d 795
 Cornhill Insurance PLC, Hansa Marine Insurance Co. U K Ltd.,
Anglo American Insurance Company, Limited,
Underwriters at Lloyd's London
v.
Valsamis Inc., Cheryl Gisentaner; Americas Insurance Company
v. Valsamis Inc., Cheryl Gisentaner; Ocean Marine
Indemnity Co. v. Valsamis Inc., Cheryl Gisentaner
 NO. 95-20898
 United States Court of Appeals,Fifth Circuit.
 Mar 10, 1997
 S.D.Tex., 106 F.3d 80
 
 1
 DENIALS OF REHEARING EN BANC.